UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3113 |
| | ) | |
| v. | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| DREW BROCKEVELT, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 7th day of May, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 15, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Information filed herein. By way of said Preliminary Order of Forfeiture and the Defendant's plea of guilty, the Defendant's interest in:

   a. One Hewlett-Packard keyboard, Model #5129, Serial #BB04209240

   b. One Hewlett-Packard mouse, Serial #LNA03806180

   c. Two Polk audio computer speakers

   d. Hewlett-Packard monitor, Model #D5259A, Serial #THO4002536

   e. One monitor power cord

   f. One main computer power cord

   g. One Hewlett-Packard Pavilion, Model #6746C, Serial #KR043185

      h.      One Verbatton CD-R compact disk labeled "Daycare Pictures"

      I.      One EMachines computer tower, Model #T3092, Serial #CA146K0004010

      j.      One Samsung-Sync Master 912N monitor, Serial #MJ19HCJX609709E

      k.      One main power cord

      l.      One Memorex music CD-R 700 megabyte 80 minute CD labeled "All of the Vacation Pictures"

      m.      One Toshiba PCX 2600 cable modem with USB, cable and DC12 volt card

      n.      One EMachines keyboard, Model #KB-0108, Serial #4E854B1578B

      o.      One mouse, model name SAGM002

were subject to forfeiture.

      2. On March 22, 29 and April 5, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on May 4, 2007 (Filing No. 44).

      3. The Court has been advised by the United States no petitions have been filed. From a review of the Court file, the Court sees no evidence of any filing.

      4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject properties:

      a.      One Hewlett-Packard keyboard, Model #5129, Serial #BB04209240

      b.      One Hewlett-Packard mouse, Serial #LNA03806180

      c.      Two Polk audio computer speakers

      d.      Hewlett-Packard monitor, Model #D5259A, Serial #THO4002536

      e.      One monitor power cord

      f.      One main computer power cord

      g.      One Hewlett-Packard Pavilion, Model #6746C, Serial #KR043185

      h.      One Verbatton CD-R compact disk labeled "Daycare Pictures"

      I.      One EMachines computer tower, Model #T3092, Serial #CA146K0004010

      j.      One Samsung-Sync Master 912N monitor, Serial #MJ19HCJX609709E

      k.      One main power cord

      l.      One Memorex music CD-R 700 megabyte 80 minute CD labeled "All of the Vacation Pictures"

      m.      One Toshiba PCX 2600 cable modem with USB, cable and DC12 volt card

      n.      One EMachines keyboard, Model #KB-0108, Serial #4E854B1578B

      o.      One mouse, model name SAGM002

are hereby forfeited.

    C. The properties listed in paragraph B. above, be and the same hereby are forfeited to the United States of America .

    D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

    DATED this 7th day of May, 2007.

                                                BY THE COURT:
                                              S/ *RICHARD G. KOPF*
                                              UNITED STATES DISTRICT JUDGE