IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DREW BROCKEVELT, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the mandate of the Eighth Circuit Court of Appeals reversing and remanding this matter for sentencing, I conferred today with counsel. Counsel for Mr. Brockevelt indicated that his client requests to be resentenced as soon as possible and agreed that the defendant would appear by telephone from the prison. Accordingly,

IT IS ORDERED that:

(1) Resentencing in this case is scheduled for 3:00 p.m. on Thursday, February 7, 2008, in Courtroom No. 1, in Lincoln, Nebraska.

(2) The defendant will appear by telephone. My chambers shall arrange to have the defendant available by phone during the sentencing proceeding.

February 4, 2008.          BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge