IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3113 |
| | ) | |
| v. | ) | |
| | ) | |
| DREW BROCKEVELT, | ) | AMENDED |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On June 22, 2011, the defendant appeared in person with his attorney, Jessica Douglas. The United States was represented by Steven A. Russell, Assistant United States Attorney. Defendant admits he violated Standard Condition #5 and Special Condition #10 of his terms and conditions of supervised release. The Court finds the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 76). The disposition hearing was held on June 22, 2011.

IT IS ORDERED: Defendant's term of supervised release is not revoked but is extended through February 7, 2012 pursuant to the conditions imposed in the amended judgment and commitment order filed on February 8, 2008.

DATED this 24th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge